# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 5:20-po-00043 JLT |
|---|---|
| Plaintiff, | ) ORDER DENYING PRE-APPOINTMENT OF COUNSEL |
| v. | ) |
| CHRISTY K. GOLDSWORTHY, | ) |
| Defendant. | ) |

The Federal Defender is seeking "pre-appointment" on this case to represent the defendant. Notably, Ms. Goldsworthy failed to appear in Court on March 3, 2020 on a citation issued four months before and she provides no explanation for her failure to do so. The Federal Defender notes that Ms. Goldsworthy has children and is pregnant with her fourth and has already asked the Court to place the matter back on calendar. Other than this, the federal defender offers no explanation why preappointment of counsel is needed. The fact that a defendant has children does not explain why preappointment is needed. For example, the Federal Defender does not provide a doctor's note explaining that Ms. Goldsworthy cannot travel to court in June and, presumably, she may do so, or it would be completely inexplicable why she requested this court date.

Because Ms. Goldsworthy has already shown that she refuses to come to Court as she

promised, the Court has little reason to believe she will appear in June.[1] If she appears, she can request appointment of counsel at that time. For these reasons, the request for preappointment of counsel is DENIED.

IT IS SO ORDERED.

   Dated: __**March 10, 2020**__                    _____**/s/ Jennifer L. Thurston**_____
                                                                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] If she makes such a request, she will need to fill out another financial affidavit because the one provided is incomplete. It fails to explain when she last worked.